FILED'06 MAR 13 12:53 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACOB BARRETT,                                Civ. No. 05-1109-CO

       Plaintiff,                          Order

  v.

JEAN HILL, et al.,

       Defendants.

    Magistrate Judge John P. Cooney filed Findings and Recommendation on January 4, 2006 in the above entitled case. The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). Plaintiff timely filed objections. The court has, therefore, given de novo review of

Judge Cooney's rulings.

After review, the court adopts the Findings and Recommendation filed January 4, 2006 [#17] in its entirety. Plaintiff's motion for preliminary injunction [#13] is denied.

IT IS SO ORDERED.

DATED this 13th day of March, 2006.

_____
Michael R. Hogan
United States District Judge

2 - ORDER